IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:09-CV-380-H

| | |
|---|---|
| PLANTERS WALK OF KNIGHTDALE COMMUNITY ASSOCIATION, INC., ) ) ) Appellant, ) ) ) v. ) ) ) VANESSA PERRY, ) ) Appellee. ) | **ORDER** |

ON APPEAL FROM THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WILSON DIVISION

This matter is before the court on Appellant's motion to dismiss its appeal in this case. On January 22, 2010, the United States Bankruptcy Court dismissed Appellee's bankruptcy case, rendering the appeal in this matter moot. Accordingly, the court GRANTS Appellant's motion [DE #15] and DISMISSES its appeal as MOOT. The clerk is DIRECTED to close this case.

This 24th day of February 2010.

　　　　　　　　　　　　　　　　　　／s／ Malcolm J. Howard
　　　　　　　　　　　　　　　　　　Malcolm J. Howard
　　　　　　　　　　　　　　　　　　Senior United States District Judge

At Greenville, NC
#31